IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff

vs.

R.R.K. INC. d/b/a EMPIRE NUMISMATICS

    Defendant.

Case No. 2:25-cv-00864

## AFFIDAVIT OF ANTHONY I. PARONICH

I, Anthony I. Paronich, make this affidavit in support of the motion to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Anthony I. Paronich, being duly sown, do hereby depose and say as follows:

1. I am the founder at the law firm Paronich Law, P.C.
2. My business address is 350 Lincoln Street, Suite 2400, Hingham, MA 02043.
3. I am a member in good standing of the bar of Massachusetts.
4. My bar identification number is 678437.
5. A certificate of good standing from Massachusetts is attached to this affidavit.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 23, 2025

_____
Anthony I. Paronich