IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.R.K. INC. d/b/a EMPIRE NUMISMATICS,<br><br>Defendant. | **Case No.** 2:25-cv-00864 |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH**

The Motion for *Pro Hac Vice* appearance of Anthony Paronich is GRANTED.

Dated: _____

_____
United States District Judge