**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and
on behalf of a class of all persons and entities
similarly situated,

        Plaintiff

vs.

R.R.K. INC. d/b/a EMPIRE NUMISMATICS

        Defendants.

CASE NO. 2:25-CV-00864-RJC

## MOTION FOR PRAECIPE TO ISSUE SUMMONS

The Plaintiff Stewart Abramson requests that the Clerk of this Court issue the attached

Summons.

Respectfully submitted,

By: */s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeremy C. Jackson*
Jeremy C. Jackson