# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**R.R.K. INC. d/b/a EMPIRE NUMISMATICS**<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-00864-RJC<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Nelson Acevedo, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to R.R.K. INC. d/b/a EMPIRE NUMISMATICS in Suffolk County, NY on July 22, 2025 at 6:47 pm at 38 Island Trail, Mount Sinai, NY 11766 by leaving the following documents with Robert Klein who as Registered agent is authorized by appointment or by law to receive service of process for R.R.K. INC. d/b/a EMPIRE NUMISMATICS.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT

Additional Description:
Served 7/22

White Male, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.9289765,-73.0050931
Photograph: See Exhibit 1


Total Cost: $135.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Nassau County__,
__NY__ on __7/23/2025__.

/s/ *Nelson Acevedo*
_____
Signature
Nelson Acevedo
+1 (631) 764-4299



Exhibit 1a)