# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | CIVIL ACTION NO. 2:25-cv-00864-RJC |
| Plaintiff, | |
| v. | |
| R.R.K. INC. d/b/a EMPIRE NUMISMATICS | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Jonathan A. Cass, Esquire, on behalf of Defendant, R.R.K. Inc. d/b/a Empire Numismatics.

                          **COHEN, SEGLIAS, PALLAS,**
                               **GREENHALL & FURMAN, P.C.**

BY: */s/ Jonathan A. Cass*
           **Jonathan A. Cass, Esquire**
           1600 Market Street, 32nd Floor
           Philadelphia, PA  19103
           Phone:  (215) 564-1700
           Email: jcass@cohenseglias.com
           *Attorneys for Defendant,*
           *R.R.K. Inc. d/b/a Empire Numismatics*

Date:  August 26, 2025