## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>R.R.K. INC. d/b/a EMPIRE NUMISMATICS<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. 2:25-cv-00864-RJC |

### NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of James McNally, Esquire, on behalf of Defendant, R.R.K. Inc. d/b/a Empire Numismatics.

　　　　　　　　　**COHEN, SEGLIAS, PALLAS,**
　　　　　　　　　　**GREENHALL & FURMAN, P.C.**


　　　　　　　BY:　*/s/ James McNally*
　　　　　　　　　　**James McNally, Esquire**
　　　　　　　　　　1600 Market Street, 32nd Floor
　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　Phone:  (215) 564-1700
　　　　　　　　　　Email: jmcnally@cohenseglias.com
　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　*R.R.K. Inc. d/b/a Empire Numismatics*


Date:  August 26, 2025