# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>R.R.K. INC. d/b/a EMPIRE NUMISMATICS<br><br>                Defendant. | CIVIL ACTION NO. 2:25-cv-00864-RJC |

## **STIPULATION FOR EXTENSION OF TIME**

Plaintiff, Stewart Abrahamson, by his undersigned counsel, and Defendant, by its undersigned counsel, hereby stipulate and agree that the time within which the Defendant may respond to the Complaint in this action is extended through and including September 26, 2025. No prior extensions of time have been granted.

                                                  **COHEN, SEGLIAS, PALLAS,**
                                                  **GREENHALL & FURMAN, P.C.**

                                 **BY:**  */s/ James McNally*
                                                  **James McNally, Esquire**
                                                  *Attorney for Defendant*
                                                  Attorney I.D. Number 78341

                                                  626 Washington Place, Suite 1902
                                                  Office: (412) 434-5530
                                                  Fax: 412- 434-5565
                                                  Email:jmcnally@cohenseglias.com

                                                  Date: August 26, 2025

2

**PARONICH LAW, P.C.**

BY: */s/ Anthony Paronich*
**Anthony I. Paronich, Esquire**
*Attorney for Plaintiff*

Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
508-221-1510
Fax: 508-221-1510
Email: anthony@paronichlaw.com

Date: August 26, 2025

**SO ORDERED on the _____ day of August, 2025.**

          **BY THE COURT:**

_____**J.**
**Honorable Robert J. Colville**

## **CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing Stipulation for Extension of Time was caused to be served this 26th day of August, 2025 via the Court's Electronic Filing System, with courtesy copy provided via email, upon the following counsel of record:

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

**Jeremy C. Jackson**
P.O. Box 244
Bellefonte, PA 16823
814-777-5080
Email: jjackson@bower-law.com


                                                   _/s/ James McNally_
                                                     James McNally
                                                     *Attorney for Defendant*