IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stewart Abramson, individually and on behalf of a class of all persons and entities similarly situated <br> vs. <br> R.R.K. Inc. d/b/a Empire Numismatics | ) ) ) ) ) ) ) ) | Civil Action No. 2:25-cv-00864-RJC <br><br> or <br><br> Criminal Action No. _____ |

## DISCLOSURE STATEMENT

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for R.R.K. Inc. d/b/a Empire Numismatics, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

8/29/2025 _____ *[signature]*
Date                  Signature of Attorney or Litigant

               **COHEN, SEGLIAS, PALLAS,**
                 **GREENHALL & FURMAN, P.C.**
               **Jonathan A. Cass, Esquire**
               **PA Bar ID# 76159**
               **James McNally, Esquire**
               **PA Bar ID# 78341**
               1600 Market Street, 32nd Floor
               Philadelphia, PA  19103
               Phone:  (215) 564-1700
               Email: jcass@cohenseglias.com
               jmcnally@cohenseglias.com
               *Attorneys for Defendant,*
               *R.R.K. Inc. d/b/a Empire Numismatics*