IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly siuated, | Case No. 2:25-cv-00864-RJC |
| Plaintiff, | |
| v. | |
| R.R.K. INC. d/b/a EMPIRE NUMISMATICS | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

AND NOW comes R.R.K. Inc. d/b/a Empire Numismatics ("Defendant"), by and through its attorneys, Cohen Seglias Pallas Greenhall & Furman, P.C., and respectfully submits the within Motion for Extension of Time within which to respond to Plaintiff's Complaint, and in support states the following:

1.   On June 23, 2025, Stewart Abramson ("Plaintiff") filed a Class Action Complaint (the "Complaint") in this Court alleging claims against Defendant under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq.

2.   Defendant was served with a summons and a copy of the Complaint on July 22, 2025.  After obtaining counsel, Defendant obtained Plaintiff's consent for an extension to respond to the Complaint and the parties filed a joint stipulation for extension on August 26, 2025.  On August 27, 2025, the Honorable Robert J. Colville issued an order granting the Defendant an extension to respond to the Complaint by September 26, 2025.

3. The Defendant and its counsel are still investigating the allegations and require another short extension to respond to the Complaint.

4. Defendant seeks another extension of time to file its from September 26, 2025 until October 10, 2025.

5. Plaintiff's counsel has consented to Defendant's request.

6. Defendant's requested extension will not cause any harm or prejudice.

                                          **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

**BY:** */s/ James McNally*
       **James McNally, Esquire**
       *Attorney for Defendant*
       Attorney I.D. Number 78341
       626 Washington Place, Suite 1902
       Office: (412) 434-5530
       Fax: 412- 434-5565
       Email:jmcnally@cohenseglias.com

       Date: September 26, 2025

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing Motion was caused to be served this 26th day of September, 2025 via the Court's Electronic Filing System, with courtesy copy provided via email, upon the following counsel of record:

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

**Jeremy C. Jackson**
P.O. Box 244
Bellefonte, PA 16823
814-777-5080
Email: jjackson@bower-law.com

   */s/ James McNally*
   James McNally
   *Attorney for Defendant*