# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly siuated, | Case No. 2:25-cv-00864-RJC |
| Plaintiff, | |
| v. | |
| R.R.K. INC. d/b/a EMPIRE NUMISMATICS | |
| Defendants. | |

## ORDER OF COURT

AND NOW, THIS _____ day of _____, 2025, upon review of the Defendant's Consent Motion for Extension to File Response to Complaint and with Plaintiff's concurrence, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.  The deadline for the Defendant to file its responses to Plaintiff's Complaint is extended from September 26, 2025 to October 10, 2025.

BY THE COURT,

_____.
THE HONORABLE ROBERT J. COLVILLE

11208700.1 61491-0001