IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>R.R.K. INC. d/b/a EMPIRE NUMISMATICS<br><br>Defendant. | Case No. 2:25-cv-00864 |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
THE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff, by and through undersigned counsel, respectfully moves this Honorable Court to continue the Initial Case Management Conference currently scheduled for November 25, 2025 at 9:30 a.m., and in support thereof states as follows:

1. The Court entered an Initial Local Rule 16.1 Scheduling Order setting the telephonic Initial Case Management Conference for November 25, 2025, at 9:30 a.m. (ECF No. 19).

2. Plaintiff's counsel, Anthony I. Paronich, has a preexisting travel commitment on that date and time.

3. Counsel for Defendant, Jonathan A. Cass, Esq., has been contacted regarding this request and does not object to a brief continuance of the conference.

4. Counsel for both parties are available on December 9, 2025, after 10:30 a.m., or at such other time convenient for the Court.

5.  This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the brief continuance.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order continuing the Initial Case Management Conference to December 9, 2025, after 10:30 a.m., or to another date and time convenient to the Court.

Respectfully submitted,

Dated: November 10, 2025

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com