IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>R.R.K. INC. d/b/a EMPIRE NUMISMATICS<br><br>Defendant. | Case No. 2:25-cv-00864 |

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED
MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

AND NOW, this ___ day of November 2025, upon consideration of Plaintiff's Motion to Continue the Initial Case Management Conference, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

The Initial Case Management Conference is continued to December 9, 2025, at ____ a.m./p.m.

Dated: _____

_____
Robert J. Colville
United States District Judge

1