# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, | ) |
| | ) No. 2:25-cv-00864 |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Judge Robert J. Colville |
| | ) |
| R.R.K. INC. d/b/a EMPIRE NUMISMATICS, | ) |
| | ) |
| Defendant(s). | ) |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:** December 9, 2025
**Time:** 11:00 a.m. – 11:19 a.m.
**Type of Conference:** Telephonic Initial Case Management Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Sam Bruck (sam_bruck@pawd.uscourts.gov)

**Counsel for Plaintiff**

Anthony I. Paronich
(Paronich Law, P.C.)

**Counsel for Defendants**

James McNally
Jonathan A. Cass
(Cohen Seglias Pallas Greenhall & Furman)

## Orders, Remarks, Instructions

The Court discussed deadlines for discovery. Case Management Order and Rule 502(d) Order to be entered.