## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

       Plaintiff

vs.

R.R.K. INC. d/b/a EMPIRE NUMISMATICS

       Defendant.

Case No. 2:25-cv-00864

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action in its entirety, including all claims and counterclaims, with prejudice. Each party shall bear its own attorneys' fees and costs. The putative class claims that were asserted are dismissed without prejudice.

**Dated:** March 31, 2026

**PARONICH LAW, P.C.**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

1

Counsel for Plaintiff

**COHEN, SEGLIAS, PALLAS,**
**GREENHALL & FURMAN, P.C.**

**BY:**  */s/ Jonathan A. Cass*
**Jonathan A. Cass, Esquire**
Attorney I.D. No. 76159
626 Washington Place, Suite 1902
Pittsburgh, PA 15219
Office: (412) 434-5530
Fax: 412- 434-5565
Email: jcass@cohenseglias.com
*Attorneys for Defendant,*
*R.R.K. Inc. d/b/a Empire Numismatics*

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing Stipulation, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

Dated: _____

_____
Robert J. Colville
United States District Judge

2